

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| J.D.S., | § | No. 08-14-00191-CV |
| Appellant, | § | Appeal from |
| v. | § | 109th District Court |
| TEXAS DEPARTMENT OF FAMILY PROTECTIVE SERVICES, | § | of Andrews County, Texas |
|  | § | (TC # 19,198) |
| Appellee. | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below.

It has been determined that Appellant is indigent for purposes of appeal; therefore, this Court makes no other order with respect to the payment of costs on appeal. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 24TH DAY OF SEPTEMBER, 2014.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, J., and Barajas, C.J., (Senior Judge)
(Barajas, C.J., Senior Judge, sitting by assignment, not participating)